IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LASANDRA WRICE,

      Appellant,

  v.

Case No.  5D23-0012
LT Case No. 16-2021-GA-000766-XXXX

MARGARET RUSS,
IN RE: GUARDIANSHIP OF
B.W., A CHILD,

      Appellee.

_____/

Decision filed March 7, 2023

Appeal from Circuit Court
for Duval County,
Jack Schemer, Judge.

Lasandra Wrice, Jacksonville, pro se.

No appearance for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., MAKAR and JAY, JJ., concur.